# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **JEREMY SMITH** § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:19-cv-03795** |
| § | |
| **STELA EXPRESS, INC. and** § | **JURY** |
| **RICARDO LARIOUS, INDIVIDUALLY** § | |
| § | |
| *Defendants* § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

**COMES NOW**, Jeremy Smith, Plaintiff's in the above captioned matter, and files this Certificate of Interested Parties and would respectfully show that the interested persons are as follows:

The following parties have a financial interest in this case:

Jeremy Smith
*Plaintiff*
c/o Jeff Musslewhite
Lori L. Brown
Brown & Musslewhite Ltd., LLP
1776 Yorktown St., Suite 450
Houston, Texas 77056
281-810-8780 – Office
888-599-4190 – Facsimile
*Counsel for Plaintiff*

Brown & Musslewhite Ltd., LLP
1776 Yorktown St., Suite 450
Houston, Texas 77056
281-810-8780 – Office
888-599-4190 – Facsimile

Stela Express, Inc. and
Ricardo Larious, Individually
*Defendants*
c/o Richard J. Byrne

Ekvall & Byrne, LLP
4450 Sigma Road, Suite 100
Dallas, Texas 75244
(972) 239-0839 Telephone
(972) 960-9517 Facsimile
*Counsel for Defendants*

Respectfully submitted,

**BROWN & MUSSLEWHITE, LLLP**

*/s/ JEFF MUSSLEWHITE*
Jeff Musslewhite
TBN: 24041555
Jeff@lbjmlaw.com
Lori L. Brown
TBN: 00792375
Lori@lbjmlaw.com
1776 Yorktown St., Suite 450
Houston, Texas 77056
Telephone No.: 281-810-8780
Facsimile No.: 888-599-4190

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been transmitted to all known counsel of record on this the 18th day of October, 2019, via electronic delivery.

Richard J. Byrne
Ekvall & Byrne, LLP
4450 Sigma Road, Suite 100
Dallas, Texas 75244
(972) 239-0839 Telephone
(972) 960-9517 Facsimile
rbyrne@ekvallbyrne.com

Attorney for Defendants,
Stela Express, Inc. and
Ricardo Larious

*/s/ Jeff Musslewhite*
Jeff Musslewhite